**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 00-60486**
**Summary Calendar**

**CURTIS MCGEE,**

**Plaintiff-Appellant,**

**VERSUS**

**KIMBERLY CLARK CORPORATION,**

**Defendant-Appellee.**

Appeal from the United States District Court
For the Southern District of Mississippi
(2:98-CV-336-PG)

February 5, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Curtis McGee ("McGee") brought suit against his former employer, Kimberly Clark Corporation ("Kimberly Clark"), in the United States District Court for the Southern District of Mississippi alleging race and gender discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), et seq.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Kimberly Clark answered alleging that McGee was discharged after an internal investigation confirmed that he had sexually harassed a female contract worker.  Specifically, in a telephone conversation with the woman in question, McGee requested that she perform sexual favors in exchange for job benefits including a pay raise. Kimberly Clark moved for summary judgment which the district court granted.  McGee appeals to this Court.

We have carefully reviewed the briefs, the record excerpts, and relevant portions of the record itself.  For the reasons stated by the district court in its Memorandum Opinion and Order filed under date of June 20, 2000, we affirm the grant of summary judgment in favor of Kimberly Clark and the dismissal of plaintiff's complaint with prejudice.

**AFFIRMED.**